UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN OUWINGA, LEANN OUWINGA, DAVID OUWINGA, CHRISTINE OUWINGA AND STONEY CREEK FISHERIES AND EQUIPMENT INC. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BENISTAR 419 PLAN SERVICES, INC., BENISTAR LTD., JOHN HANCOCK VARIABLE INSURANCE COMPANY, JOHN HANCOCK LIFE INSURANCE COMPANY, EDWARDS ANGELL PALMER & DODGE LLP, JOHN H. REID, III, KRIS LESLEY, ROBERT FOGG, AND PASCIAK JOHN HANCOCK AGENCY LLC f/k/a WEST MICHIGAN PASCIAK GENERAL AGENCY,<br><br>Defendants. | Case No. 1:09-cv-60 |

NOTICE OF DISMISSAL WITHOUT PREJUDICE OF BENISTAR
419 PLAN SERVICES, INC AND BENISTAR LTD.

COME NOW all Plaintiffs in the above numbered and entitled action and file this their Notice of Dismissal of Defendants BENISTAR 419 PLAN SERVICES, INC. and BENISTAR LTD. only, pursuant to FRCP Rule 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment. FRCP Rules 23(e), 23.1(c), 23.2, and 66 do not apply to this Action. No federal statute precludes this Notice.

330 E. FULTON
GRAND RAPIDS, MI 49503
TELEPHONE: 616/235-2300
FAX: 616/459-0137

DILLEY HANEY P.C.
ATTORNEYS AT LAW

Pursuant to FRCP Rule 41(a)(1)(B), this dismissal is without prejudice. Plaintiffs have not dismissed any previous federal or state-court actions based on or including any of the claims dismissed herein.

Respectfully submitted,

DILLEYHANEY, P.C.

*[signature]*

Frederick D. Dilley (P26090)
330 E. Fulton
Grand Rapids, MI 49503
(616) 235-2300

LOCAL ATTORNEYS FOR PLAINTIFFS

CANADA RIDLEY, L.L.P.
W. Ralph Canada, Jr.
W. Bruce Woody
223 E. College St.
Grapevine, Texas 76051
817-329-2003

ATTORNEYS FOR PLAINTIFFS

WHATLEY DRAKE & KALLAS, LLC
Joe R. Whatley, Jr.
1540 Broadway
37th Floor
New York, NY 10036
(212) 447-7070

Jeven R. Sloan
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203
(205) 328-9576

ATTORNEYS FOR PLAINTIFFS

330 E. FULTON
GRAND RAPIDS, MI 49503
TELEPHONE: 616/235-2300
FAX: 616/459-0137

DILLEYHANEY P.C.
ATTORNEYS AT LAW

2