UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN OUWINGA et al.,

      Plaintiffs,                              Case No. 1:09-cv-60

v.                                              HON. JANET T. NEFF

JOHN HANCOCK VARIABLE LIFE
INSURANCE et al.,

      Defendants.
      _____/

## ORDER OF DISMISSAL

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Defendants' Joint Motion to Dismiss Plaintiffs' RICO Claims Under Rule 12(b)(6) (Dkt 62) is GRANTED.

**IT IS FURTHER ORDERED** that the Lawyer Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint under Rule 12(b)(6) (Dkt 64) is GRANTED.

**IT IS FURTHER ORDERED** that the Agent Defendants' Separate Rule 12(b)(6) Motion to Dismiss (Dkt 68) is GRANTED.

**IT IS FURTHER ORDERED** that Defendants John Hancock Variable Life Insurance Company and John Hancock Life Insurance Company's Motion to Dismiss Plaintiffs' Amended Class Action Complaint (Dkt 71) is GRANTED.

**IT IS FURTHER ORDERED** that this case is DISMISSED in its entirety.


DATED: October 29, 2010                    /s/ Janet T. Neff_____
                                                        JANET T. NEFF
                                                        United States District Judge