# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 6, 2013

**FILED**
*Feb 08, 2013*
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re:  Edwards Angell Palmer & Dodge LLP, et al.
       v. Stephen Ouwinga, et al.
       No. 12-969
       (Your No. 10-2531)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 4, 2013 and placed on the docket February 6, 2013 as No. 12-969.

Sincerely,

**William K. Suter**, Clerk

by

Redmond K. Barnes
Case Analyst