|  |  |
|---|---|
| STEPHEN OUWINGA, et al., | Case No. 1:09-cv-60 |
| Plaintiffs, | Judge Janet T. Neff |
| vs. |  |
| JOHN HANCOCK VARIABLE INSURANCE COMPANY et al., |  |
| Defendants. |  |

## JOINT NOTICE REGARDING STATUS AND SETTLEMENT

Plaintiffs Stephen Ouwinga, Leann Ouwinga, David Ouwinga, Christine Ouwinga, and Stoney Creek Fisheries and Equipment, Inc. ("Plaintiffs") and Defendants John Hancock Life Insurance Company (U.S.A.), as successor to John Hancock Life Insurance Company and John Hancock Variable Life Insurance Company, Edwards Angell Palmer & Dodge LLP, John H. Reid, III, Kris Lesley, Robert Fogg, and Pasciak John Hancock Agency LLC ("Defendants") respectfully advise the Court that they have signed a settlement agreement resolving all disputes between them in this case. They anticipate submitting a Stipulation of Dismissal With Prejudice within the next two weeks.

Respectfully submitted,

STEPHEN OUWINGA, LEANN OUWINGA, DAVID OUWINGA, CHRISTINE OUWINGA and STONEY CREEK FISHERIES AND EQUIPMENT, INC.

By: /s/ W. Ralph Canada, Jr.
      One of their attorneys

W. Ralph Canada, Jr.
Loewinsohn Flegle Deary, LLP
12377 Merit Drive
Suite 900
Dallas, TX 75251
ralphc@LFDlaw.com

Frederick D. Dilley
Foster Swift Collins & Smith PC
1700 East Beltline, NE, Suite 200
Grand Rapids, MI 49525
fdilley@fosterswift.com

Jeven R. Sloan
Loewinsohn Flegle Deary, LLP
The Kress Building
301 Nineteenth St. North, Suite 520
Birmingham, AL 35203


JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.)


By: /s/ Eric S. Mattson
     One of its attorneys

Joel S. Feldman
Eric S. Mattson
Jen C. Won
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
jfeldman@sidley.com
emattson@sidley.com
jwon@sidley.com

Melissa C. Brown
Dykema Gossett P.L.L.C.
300 Ottawa Ave., NW, Ste. 700
Grand Rapids, MI 49503

EDWARDS ANGELL PALMER &
DODGE LLP and JOHN H. REID, III

By: /s/ John R. Oostema
     One of their attorneys

John R. Oostema
Smith Haughey Rice & Roegge
100 Monroe Center NW
Grand Rapids, MI 49503
(616) 774-8000
joostema@shrr.com

KRIS LESLEY, ROBERT FOGG, and
PASCIAK JOHN HANCOCK AGENCY
LLC


By: /s/ Kathleen H. Klaus
     One of their attorneys

Kathleen H. Klaus
Maddin, Hauser, Wartell, Roth & Heller, PC
28400 Northwestern Highway
Third Floor
Southfield, MI 48034
(248) 359-7520
khk@maddinhauser.com