UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN OUWINGA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:09-cv-60 |
| | ) | |
| v. | ) | Hon. Janet T. Neff |
| | ) | |
| JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Stephen Ouwinga, Leann Ouwinga, David Ouwinga, Christine Ouwinga, and Stoney Creek Fisheries and Equipment Inc. and Defendants John Hancock Life Insurance Company (U.S.A.) (as successor to John Hancock Variable Life Insurance Company and John Hancock Life Insurance Company), Edwards Wildman Palmer LLP (as successor to Edwards Angell Palmer & Dodge LLP), John H. Reid, III, Kris Lesley, Robert Fogg, and Pasciak John Hancock Agency LLC f/k/a West Michigan Pasciak General Agency hereby stipulate to the dismissal of all claims and counterclaims in this matter with prejudice, with each party to bear his, her, or its own costs and attorneys' fees.

CH1 9054749v.1

Respectfully submitted,

STEPHEN OUWINGA, LEANN OUWINGA, DAVID OUWINGA, CHRISTINE OUWINGA AND STONEY CREEK FISHERIES and EQUIPMENT, INC., Plaintiffs

/s/ Jeven R. Sloan
Jeven R. Sloan
Loewinsohn Flegle Deary, LLP
The Kress Building
301 Nineteenth St. North, Suite 520
Birmingham, AL 35203
Telephone: (205) 314-0627
Fax: (214) 572-1717
JevenS@LFDlaw.com

/s/ W. Ralph Canada, Jr.
W. Ralph Canada, Jr.
K. Adam Rothey
Loewinsohn Flegle Deary, LLP
12377 Merit Drive, Suite 900
Dallas, Texas 75251-3102
Telephone: (214) 572-1784
Fax: (214) 572-1717
ralphc@LFDlaw.com

/s/ Frederick D. Dilley
Frederick D. Dilley
Foster Swift Collins & Smith
1700 East Beltline Ave., NE
Suite 200
Grand Rapids, MI 49525
Telephone: (616) 726-2247
Fax: (616) 726-6837
fdilley@fosterswift.com

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)

/s/ Eric S. Mattson
Joel S. Feldman
Eric S. Mattson
Jen C. Won
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jfeldman@sidley.com
emattson@sidley.com
jwon@sidley.com

Melissa C. Brown
Dykema Gossett PLLC
300 Ottawa Ave., NW, Ste. 700
Grand Rapids, MI 49503
Telephone: (616) 776-7566
mbrown@dykema.com

KRIS LESLEY, ROBERT FOGG, and PASCIAK JOHN HANCOCK AGENCY, LLC, Defendants

/s/ Kathleen H. Klaus
Kathleen H. Klaus
Maddin, Hauser, Wartell, Roth & Heller, P.C.
28400 Northwestern Highway
Third Floor
Southfield, MI 48034
Telephone: (248) 359-7520
Fax: (248) 359-7560
khk@maddinhauser.com

        EDWARDS WILDMAN PALMER LLP and
        JOHN H. REID, III, Defendants

        <u>/s/ John R. Oostema</u>
        John R. Oostema
        Smith Haughey Rice & Roegge
        100 Monroe Center NW
        Grand Rapids, MI 49503
        Telephone: (616) 458-0495
        Fax: (616) 774-2461
        joostema@shrr.com